IN THE UNITED STATES DISTRICT COURT

FOR THE WESTERN DISTRICT OF WISCONSIN

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

EMI APRIL MUSIC, INC.,
GONE GATOR MUSIC, J. ALBERT
AND SON (USA), INC., PERREN-                                      ORDER
VIBES MUSIC, INC., UNIVERSAL-
POLYGRAM INTERNATIONAL
PUBLISHING, INC., and RAY VAUGHN
MUSIC, INC.,

                    Plaintiffs,

                                                                      12-cv-440-slc

       v.

DOUBLE A., INC.,
DAVID P. PESCHEK,

                    Defendants.

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

      The parties have advised the court that they have settled this case. A status conference will be held by telephone on October 31, 2012, at 8:30 a.m. Plaintiffs' counsel is to initiate the call. The conference will be canceled if the parties submit final settlement papers before October 31, 2012.

      Entered this 28th day of September, 2012.

                                                  BY THE COURT:
                                                /s/
                                                BARBARA B. CRABB
                                                District Judge